UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRYL JAMES,

        Plaintiff,         Case no. 14-11199
                                 Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mona K. Majzoub's report and recommendation, filed February 17, 2016.  No objections have been filed by the parties.  The court having conducted a thorough review of the entire file;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                       s/John Corbett O'Meara
                                       United States District Judge

Date:  March 8, 2016

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, March 8, 2016, using the ECF system and/or ordinary mail.

                                       s/William Barkholz
                                       Case Manager